OPINION — AG — ** MEMORANDUM ** AS TO THE EFFECT OF THE INCLUSION IN THE OKLAHOMA STATUTES (1941) OF LAWS THERETOFORE REPEALED BY THE LEGISLATURE AND OF LAWS THERETOFORE HELD UNCONSTITUTIONAL EITHER BY OKLAHOMA SUPREME COURT OR COURT OF CRIMINAL APPEALS AND OF THE SUBSEQUENT ADOPTION OF SAID 1941 STATUTES. CITE: 75 O.S. 102 [75-102], ARTICLE V, SECTION 32, ARTICLE V, SECTION 43, ARTICLE V, SECTION 46 (FRED HANSEN)